| | | |
|---|---|---|
| **NELCOME J. COURVILLE, JR., ET AL** | * | **NO. 2019-C-0902** |
| | * | **COURT OF APPEAL** |
| **VERSUS** | * | **FOURTH CIRCUIT** |
| **LAMORAK INSURANCE COMPANY, ET AL** | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

* * * * * * *

**BARTHOLOMEW-WOODS, J., CONCURS IN THE RESULT**